## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **KIMBERLY MONACO,** | ) |
| | ) |
| | ) **Case No.:  1:19-cv-08670-RBK-** |
| **Plaintiff.** | ) **KMW** |
| | ) |
| **v.** | ) |
| | ) |
| **OCWEN LOAN SERVICING, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

reached settlement. The parties anticipate filing a stipulation of dismissal of this

action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.


Dated: January 3, 2020          By: *_/s/ Amy L. B. Ginsburg_*
                                Amy L. B. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (877) 788-2864
                                Email: aginsburg@creditlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Christopher A. Reese, Esquire
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
creese@stradley.com
Attorney for Defendant


Dated: January 3, 2020              By: */s/ Amy L. B. Ginsburg*
                                    Amy L. B. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: aginsburg@creditlaw.com