# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY MONACO,<br><br>      Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>      Defendant. | Civil Action No. 1:19-cv-08670-RBK-KMW |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Christopher A. Reese | */s/* Amy L. B. Ginsburg |
| Christopher A. Reese, Esq. | Amy L. B. Ginsburg, Esq. |
| Stradley Ronon Stevens & Young, LLP | Kimmel & Silverman, P.C. |
| 457 Haddonfield Road | 30 East Butler Pike |
| Suite 100 | Ambler, PA 19002 |
| Cherry Hill, NJ 08002 | Phone: 215-540-8888 |
| Phone: 856-321-2410 | Fax: 215-540-8817 |
| Email: creese@stradley.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: February 26, 2020 | Date: February 26, 2020 |

BY THE COURT:

_____

                              J.

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Christopher A. Reese, Esq.
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
Phone: 856-321-2410
Email:  creese@stradley.com
Attorney for the Defendant


Dated: February 26, 2020                By: /s/ Amy L. B. Ginsburg
                                        Amy L. B. Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: teamkimmel@creditlaw.com
                                        Attorney for Plaintiff