IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY MONACO, § § Plaintiff, § § v. § § OCWEN LOAN SERVICING, LLC, § § Defendant. § § § | Civil Action No. 1:19-cv-08670-RBK-KMW |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Christopher A. Reese
Christopher A. Reese, Esq.
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
Phone: 856-321-2410
Email: creese@stradley.com
Attorney for the Defendant

Date: February 26, 2020

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: February 26, 2020

BY THE COURT:

_____ J.

March 9, 2020